**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NO. 25-14382-CIV-CANNON**

**YUVANIA ZAMORA CASTILLO,**

Plaintiff,

v.

**GARRETT RIPA, *et al.*,**

Defendant.
_______________________________________/

**ORDER CLOSING CASE**

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal without Prejudice, filed on November 20, 2025 [ECF No. 4]. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiff prior to any Defendant serving an answer or motion for summary judgment, dismisses the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Upon review, this case is **DISMISSED WITHOUT PREJUDICE** against Defendant, effective November 20, 2025, the date on which Plaintiff filed the Notice of Voluntary Dismissal [ECF No. 4]. The Clerk of Court shall **CLOSE** this case.

**ORDERED** in Chambers at Fort Pierce, Florida, this 5th day of October 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record